# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. GONZALEZ, an individual, and TERESA M. FLORES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 5:24-cv-01188-NC<br><br>[Removed from California Superior Court, Santa Clara County – 24CV430044]<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:    January 30, 2024 |

The Court, having reviewed the parties' Stipulation of Dismissal of Entire Action with Prejudice and good cause appearing, orders that this case be, and is hereby, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each side is to be responsible for and bear its own costs, expenses, and attorney's fees. No further claim shall be made by either party.

IT IS SO ORDERED.

DATED: __August 14, 2024__        _____
                                                         Nathanael
                                                         U.S. Magi

[GRANTED stamp — Judge Nathanael M. Cousins]

28373795v1

ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE